# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 58, *et.al.,* | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Cause No: 4:18-cv-00713-RWS |
| BETTER BUILDING SYSTEMS, LLC, *et al.,* | ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

Plaintiff shall have default judgment against Defendant Better Building Systems, LLC in the total amount of **$13,223.91** including $3,427.67 in unpaid contributions to the Plaintiff's employee benefit funds, [ECF Nos. 29-1, 29-2, 29-3, 29-4], $9,136.42 in attorneys' fees and $659.82 in costs, [ECF No. 29-5], as well as post-judgment attorneys' fees and costs incurred in connection with this case until this judgment has been fully executed.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of September 2019.